THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD SEAMAN, GEORGE BENEDATTI and FRANK GRAHAM, Appellants.

(Argued October 15, 1934; decided November 20, 1934.)

*Sidney M. Gottesman* and *E. Ivan Rubenstein* for Harold Seaman, appellant.

*Edward J. Reilly* and *John E. Brandfon* for George Benedatti, appellant.

*Edward J. Reilly* for Frank Graham, appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.